CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
FAX: (415) 436-7000
shamira.dwarica@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUHAMMAD MANSOOR ZAHOOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 3:26-CV-09234-TSH<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint. In support of this request, the parties state as follows:

1. Defendants' response to the complaint is currently due November 13, 2026.

2. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response. Defendants have requested and Plaintiff has agreed to extend the time for Defendants' response by 34 days.

3. The parties therefore stipulate to extend the time for Defendants' response to December 17, 2026. The parties further request a corresponding extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.

Dkt. No. 4. Under the extended deadlines, Defendants' motion for summary judgment must be filed by February 16, 2027.

4. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: November 10, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica**
SHAMIRA DWARICA
Assistant United States Attorney
Attorneys for Defendants

Dated: November 10, 2026

*/s/ Christina Sullivan Castro*
CHRISTINA SULLIVAN CASTRO
Hacking Immigration Law, P.C.
Attorney for Plaintiffs

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 13, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge